**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01099-CV

## THERESA BARNETT, Appellant

## V.

## DAVID S. CROCKETT, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136-F**

## ORDER

The Court has before it appellant's August 21, 2013 "motion for emergency relief to protect jurisdiction and pro se litigant constitutional rights." The Court **DENIES** the motion.

/s/  ELIZABETH LANG-MIERS
    JUSTICE